# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

NICHOLAS MEDELEZ,

Plaintiff,

v.

J. DOERER, et al.,

Defendants.

Case No. 5:24-cv-02571-JWH-MBK

**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner Nicholas Medelez has not filed any written objections to the report. Based upon its review, the Court hereby **ORDERS** as follows:

1. The findings and recommendations of the Magistrate Judge are **ACCEPTED**.

2. Judgment shall be entered **DISMISSING** the action **without prejudice**.

**IT IS SO ORDERED.**

Dated: January 29, 2026

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE