JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

NICHOLAS MEDELEZ,

Plaintiff,

v.

J. DOERER, et al.,

Defendants.

Case No. 5:24-cv-02571-JWH-MBK

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this case is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated: ____January 29, 2026____ _____

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

2